No. 5481.—PUEBLO, apldo. *v.* DÍAZ, aplte.—C. D. Ponce. ▬▬
▬▬ Enero 30, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, el apelante en su alegato pide la revocación de la sentencia por ser inverosímil la prueba del Gobierno;

POR CUANTO, leída la evidencia en conexión con el alegato del apelante parece que los testigos de cargo vieron el arma prohibida en las manos del acusado y no encontramos nada inverosímil en sus declaraciones, apareciendo del examen total del caso que se trata de uno sobre apreciación de prueba;

POR TANTO, se declara sin lugar el recurso y en su consecuencia se confirma la sentencia apelada.